No. 224, Misc. MINIERI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham Schwartz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 230, Misc. BOHN *v.* ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 231, Misc. HESTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 233, Misc. BROWN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 238, Misc. READ *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 240, Misc. SIRES *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 241, Misc. SCOTT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 242, Misc. RINALDI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.